## BERRY, BY HIS NEXT FRIEND v. GREENFIELD.

Error—irregular proceedings good till reversed—nul tiel record.

Where there is a judgment of a competent court, irregularities in the proceedings cannot be objected in a suit upon the judgment; while unreversed, irregular proceedings conclude the parties to them.

It is error for a court on nul tiel record to find for the defendant on account of mere irregularity in the proceedings.

ERROR. The suit below was assumpsit for work, &c. Plea, non assumpsit. 2. That plaintiff, by his guardian, entered into an arbitration bond with the defendant of the same controversy, which was submitted and an award made for him. Replication, That the submission and award was under the 18th section of the justices' act of February, 1824, and the award was returned to justice *Fort*, who entered a judgment on it, and afterwards set it aside, when there was a trial, a judgment, &c. Rejoinder, nul tiel record. At the trial the cause was submitted to the court. The plaintiff below offered the transcript of the judgment and proceedings in evidence, and rested. The court found there was no such record, and gave judgment. It is now asked to reverse this judgment as erroneous.

WRIGHT, J. The transcript, which is a part of the proceedings, shows that there was such a record as is set forth in the replication. It is alleged that the proceedings are irregular. These irregularities could not be objected in the court below or here—the party aggrieved by the irregular proceedings, should bring them up and have them reversed. While unreversed they conclude the parties to them as judicial acts. 3 *O. R.* 206. The court erred in finding there was no such record on the issue of nul tiel record, which was an issue in law. For that error the judgment must be reversed, and the cause remanded for further proceedings.